IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| v. | 1:22-MJ-786-JKL-1 |
| RADY WILLIAMS | |

NOTICE OF APPEAL

Notice is hereby given that RADY WILLIAMS appeals to the United States District Court for the Northern District of Georgia the final judgment and sentence entered in the above-captioned case on May 2, 2024. (Doc. 58).

Respectfully submitted this 16th day of August, 2024.

*/s/ Ashley R. Martin*
ASHLEY R. MARTIN
GEORGIA BAR NO. 435062
ATTORNEY FOR MR. WILLIAMS

Federal Defender Program, Inc.
101 Marietta Street, N.W. Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Ashley_Martin@fd.org